**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**ANESTHESIA HEALTHCARE
PARTNERS INC., et al.,**
            **Plaintiffs,**

**vs.**                                                   **CASE NO.: 3:11cv149/MCR/EMT**

**ANESTHESIA HEALTHCARE
SOLUTIONS OF NORTH
FLORIDA LLC, et al.,**

            **Defendants.**
                                                                                  /

**ORDER**

　　**This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 20, 2011. (Doc. 25).  Defendants have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.**

　　**Having considered the Report and Recommendation, and any objections thereto timely filed,  I have determined that the Report and Recommendation should be adopted to the extent it finds that the plaintiff has failed to establish a substantial threat of irreparable injury if the requested injunction is not granted, that the threatened injury to the plaintiff outweighs the harm an injunction could cause the defendant, and that granting the injunction would not disserve the public interest. Although the undersigned has questions regarding the magistrate judge's determination that David Simpson is not subject to the non-compete agreement and thus that the plaintiff cannot show a substantial likelihood of success on the merits, it is unnecessary to decide this issue now in light of the plaintiff's failure to satisfy the other factors required for a preliminary injunction.  The court would also note**

that the time limit of the non-compete agreement has expired, leaving the court no basis upon which to enjoin any conduct in violation thereof and rendering the plaintiff's motion moot.

Accordingly, it is now ORDERED as follows:

1.      The magistrate judge's Report and Recommendation is adopted to the extent referenced above, with the pertinent provisions incorporated by reference in this order.

2.      Plaintiffs' motion for preliminary injunction (doc. 7) is DENIED.

DONE AND ORDERED this 17th day of June, 2011.


s/ *M. Casey Rodgers*

M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE