IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ANESTHESIA HEALTHCARE PARTNERS, INC., and ANESTHESIA HEALTH CARE PARTNERS OF FLORIDA, INC.,**

    Plaintiffs,

v.                                               Case No. 3:11cv149/MCR/EMT

**ANESTHESIA HEALTHCARE SOLUTIONS OF NORTH FLORIDA, LLC; SANTA ROSA ANESTHESIA ASSOCIATES, PA; DAVID W. SIMPSON, M.D.; and BRETT S. SULLIVAN, M.D.,**

    Defendants.
_____/

## ORDER OF DISMISSAL

    The court has been informed that the parties have reached a settlement of this matter. Therefore, the court hereby **DISMISSES** the above-entitled action from the active docket of the court. In the event the settlement is not consummated, the court reserves the power to reopen the case for further proceedings upon motion filed by any party within sixty (60) days of the date of this order and a showing of good cause as required by the court's local rules. *See* N.D. Fla. Loc. R. 16.2(D). At this time, the Clerk is directed to close the file in this case for administrative purposes, and upon the expiration of sixty (60) days without activity, the Clerk is directed to close the case in its entirety for all purposes.

    **DONE and ORDERED** on this 15th day of January, 2013.

*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**